UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:11-cr-00033-WTL-CMM-01 |
| | ) | |
| BRANDON CRISS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig McKee's Report and Recommendation that Brandon Criss's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1 (a)( 1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The Defendant shall have his conditions of supervised release revoked and the Court imposes a term of incarceration of one year and one day without supervised release at the conclusion of the sentence.

SO ORDERED this 11th day of August, 2017.

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Laura Paul
LAURA PAUL, PC
lapa777@icloud.com

Matthew Rinka
UNITED STATES ATTORNEY'S OFFICE
matthew.rinka@usdoj.gov